IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00118-JB-N |
| | ) |
| **JAMES WILLIAM BARRETT, JR.** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **JAMES WILLIAM BARRETT, JR.**, by consent (Doc. 143) appeared along with his counsel of record, William Carey Alford, before the undersigned Magistrate Judge on November 14, 2024, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count Two of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 846, (Conspiracy to Possess with Intent to Distribute Methamphetamine).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offense charged in the Indictment is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **JAMES WILLIAM BARRETT, JR.**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before Chief District Judge Jeffrey U.

Beaverstock is set for **March 10, at 10:00 a.m. (CST)**, pending the adoption of this Report and Recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** this the 14th Day of November 2023.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**