**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA         :

vs.                              : CRIMINAL NO.: 1:24-00118-JB-N

JAMES WILLIAM BARRETT, JR.       :

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson and without any objection having been filed by the parties, the plea of guilty of the Defendant **James William Barrett, Jr.** to Count 2 of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **March 10 at 10:00 a.m. (Central) in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this 2nd day of December, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE